UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-                                              Case No. 5:05-cv-245-Oc-10GRJ

BEN ADAMS, a/k/a Benjamin Adams, a/k/a
Ben Adams, Jr.,

          Defendant.
_____

## **O R D E R**

This student loan recovery action is before the Court for consideration of the Government's Amended Motion for Default Judgment (Doc. 14). The Defendant has failed to appear or otherwise defend this action as required by the Federal Rules of Civil Procedure, and the claim against the Defendant is for a sum certain as established by the exhibits attached to the Plaintiff's Complaint. See Fed.R.Civ.P. 55(b). In addition, default was entered against the Defendant on September 8, 2005 (Doc. 12).

Accordingly, upon due consideration, the Government's Amended Motion for Default Judgment (Doc. 14) is GRANTED, and the Clerk is directed to enter judgment for the Government and against the Defendant as follows:

    (1)    $2,773.23 representing the principal balance on the December 2, 1987 loan;

 (2) $2,444.56 representing interest accrued on the December 2, 1987 loan as of July 13, 2004, and interest on the principal amount accruing thereafter at the rate of 8.00 percent per annum;

 (3) $4,579.03 representing the principal balance on the December 2, 1989 loan; and

 (4) $4,075.85 representing interest accrued on the December 2, 1989 loan as of July 13, 2004, and interest on the principal amount accruing thereafter at the rate of 5.41 percent per annum;

Upon the entry of judgment, the Clerk is directed to terminate any pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 2nd day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record